1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  Environment and Natural Resources Division
   U.S. Department of Justice
3
   ELLEN MAHAN
4  Deputy Chief
   Environmental Enforcement Section
5  ANN C. HURLEY, DC Bar No. 375676
   Trial Attorney
6  Environmental Enforcement Section
   U.S. Department of Justice
7  301 Howard Street, Suite 1050
   San Francisco, CA 94105
8  Tel: (415) 744-6480
   Fax: (415) 744-6476
9  E-mail: ann.hurley@usdoj.gov

10 Attorneys for Plaintiff United States of America

11 (Additional Attorneys on Next Page)

12

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 UNITED STATES OF AMERICA, the    )
   PEOPLE OF THE STATE OF           )   C 07 5067
18 CALIFORNIA, ex rel. CALIFORNIA   )
   AIR RESOURCES BOARD, and NORTH   )
19 COAST UNIFIED AIR QUALITY        )
   MANAGEMENT DISTRICT,             )
20                                  )   CIV. NO.
                                    )
21            Plaintiffs,           )   NOTICE OF LODGING OF
                                    )   CONSENT DECREE
22       v.                         )
                                    )
23 EVERGREEN PULP, INC.,            )
                                    )
24            Defendant             )
                                    )
25

26

27

28

1  EDWIN G. BROWN JR.
   Attorney General of the State of California
2  MARY HACKENBRACHT, Assistant Attorney General
   JOHN DAVIDSON, Supervising Attorney General
3  ANITA E. RUUD, Deputy Attorney General CA Bar No. 072483
   Office of the California Attorney General
4  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102
5  Tel: (415) 703-5533
   Fax: (415) 703-5480
6  E-mail: Anita.Ruud@doj.ca.gov

7  Attorneys for Plaintiff California Air Resources Board

8

   NANCY DIAMOND CA Bar No. 130963
9  Law Offices of Nancy Diamond
   822 G Street, Suite 3
10 Arcata, CA  95521
   Tel: (707) 826-8540
11 Fax: (707) 826-8541
   E-mail: ndiamond@humboldt1.com
12
   Attorney for Plaintiff North Coast Unified Air Quality Management District1
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The United States of America hereby notifies the Court that concurrently with this notice, the United States is lodging a proposed Consent Decree, which has been fully signed by the parties. If it is entered by the Court, the Consent Decree will resolve the claims brought in the complaint filed in this action.

Prior to entry, however, the United States must publish notice of the Consent Decree in the *Federal Register* and accept public comment on the proposed Decree for a period of thirty days. 28 C.F.R. § 50.7. After the close of the public comment period, the Plaintiffs will either file a motion requesting the Court to enter the Consent Decree, or the Plaintiffs will inform the Court that they are exercising their right under Paragraph 72 of the Consent Decree to withdraw their approval of the Consent Decree. Therefore, the United States requests the Court not to take any action on the proposed Consent Decree at this time.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources
    Division

By: *[signature]*
ANN C. HURLEY
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice