RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

ELLEN MAHAN
Deputy Chief
Environmental Enforcement Section
ANN C. HURLEY, DC Bar No. 375676
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6480
Fax: (415) 744-6476
E-mail: ann.hurley@usdoj.gov

Attorneys for Plaintiff United States of America

(Additional Attorneys on Next Page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, the PEOPLE OF THE STATE OF CALIFORNIA, ex rel. CALIFORNIA AIR RESOURCES BOARD, and NORTH COAST UNIFIED AIR QUALITY MANAGEMENT DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>EVERGREEN PULP, INC.,<br><br>Defendant | CIV. NO. C 07-05067 SBA<br><br>CERTIFICATE OF SERVICE |

```
1   EDWIN G. BROWN JR.
    Attorney General of the State of California
2   MARY HACKENBRACHT, Assistant Attorney General
3   JOHN DAVIDSON, Supervising Attorney General
    ANITA E. RUUD, Deputy Attorney General CA Bar No. 072483
4   Office of the California Attorney General
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA 94102
    Tel: (415) 703-5533
6   Fax: (415) 703-5480
    E-mail: Anita.Ruud@doj.ca.gov
7
    Attorneys for Plaintiff California Air Resources Board
8

9   NANCY DIAMOND CA Bar No. 130963
    Law Offices of Nancy Diamond
10  822 G Street, Suite 3
    Arcata, CA 95521
11  Tel: (707) 826-8540
    Fax: (707) 826-8541
12  E-mail: ndiamond@humboldt1.com

13  Attorney for Plaintiff North Coast Unified Air Quality Management District

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                              - 2 -                    Certificate of Service
```

# CERTIFICATE OF SERVICE

I, Tammie Sera, hereby certify and declare that:

1. I am over the age of 18 years and am not a party to this action.

2. I am employed by the U.S. Department of Justice and currently working at 301 Howard Street, Suite 1050, San Francisco, California 94105.

3. I am familiar with the office practices of the U.S. Department of Justice at the above location, including its mail processing practices.

4. I know that outgoing mail is deposited for collection with the United States Postal Service on the day of mailing and that overnight mail is collected from the above office location on the day of mailing.

5. Following the above-described practices, on October 2, 2007, I caused a true copy of the foregoing listed pleadings to be served upon the persons listed on the attached service list in the manner indicated.

CASE MANAGEMENT ORDER;

WAIVER OF SERVICE OF SUMMONS (distributed to Defendant only);

NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE (distributed to Defendant only); and

ECF REGISTRATION INFORMATION HANDOUT (distributed to Defendant only)

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 2 2007, in San Francisco, California.

Tammie Sera

SERVICE LIST:

Sent via U.S. Postal Service:

Anita E. Ruud, Esq.
Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

Nancy Diamond, Esq.
Law Offices of Nancy Diamond
822 G Street, Suite 3
Arcata, CA 95521

David D. Cooke, Esq.
Allen Matkins Leck Gamble & Mallory LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074