DAVID D. COOKE (BAR NO. 94939)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  dcooke@allenmatkins.com

Attorneys for Defendant
Evergreen Pulp, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, the PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* CALIFORNIA AIR RESOURCES BOARD, and NORTH COAST UNIFIED AIR QUALITY MANAGEMENT DISTRICT,<br><br>    Plaintiffs,<br><br>    vs.<br><br>EVERGREEN PULP, INC.,<br><br>    Defendant. | Case No. C 07 5067 SBA<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN PRETRIAL DATES |

Defendant Evergreen Pulp, Inc. ("Evergreen"), and Plaintiffs United States of America, the People of the State of California *ex rel.* California Air Resources Board, and the North Coast Unified Air Quality Management District (collectively "Plaintiffs"), hereby agree and stipulate as follows:

1.    On October 2, 2007, Plaintiffs filed a Complaint against Evergreen pursuant to Section 113 of the Clean Air Act, 42 U.S.C. § 7413, California Health & Safety Code § 42403, and North Coast Unified Air Quality Management District Rule 105.  On the same date, Plaintiffs lodged a Consent Decree that, if approved and entered as the judgment of the Court in this case, would resolve the claims alleged in the Complaint.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

724069.01/SF

Case No.  C 07 5067 SBA
STIP. & [PROPOSED] ORDER EXTENDING
CERTAIN PRETRIAL DATES

2. Evergreen's response to the Complaint is currently due to be filed on or before October 25, 2007.

3. The Consent Decree cannot be entered as the judgment of the Court until the close of a 30 day public comment period and the preparation thereafter by Plaintiffs of responses to comments, if any. The public comment period began on October 12, 2007, with publication of notice in the *Federal Register.*

4. On October 2, 2007, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, establishing the following deadlines:

- December 20, 2007: Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, discovery plan, file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference.
- January 3, 2008: Last day to file Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report, and file Case Management Statement per attached Standing Order regarding Contents of Joint Case Management Statement.
- January 10, 2008: Initial Case Management Conference.

The Order Setting Initial Case Management Conference and ADR Deadlines provides that "[i]f the Initial Case Management Conference is continued, the other deadlines are continued accordingly."

5. In light of the lodging of the proposed Consent Decree, which, if entered, will resolve this action completely, and in order to avoid incurring unnecessary expense in an action that the Parties have agreed to resolve without further litigation, the Parties stipulate to, and request that the Court adopt, the following revision to the Order Setting Initial Case Management Conference and ADR Deadlines:

   a. *Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, discovery plan, file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference*: Eighty days after (a) filing of a notification to the Court that the Consent Decree as lodged should not be entered, or (b)

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

724069.01/SF

-2-

Case No. C 07 5067 SBA
STIP. & [PROPOSED] ORDER EXTENDING
CERTAIN PRETRIAL DATES

1  notification by the Court to the Parties that it will not enter the Consent Decree, whichever

2  occurs first.

3      b.    *Last day to file Rule 26(f) Report, complete initial disclosures or state objections in*

4  *Rule 26(f) Report, and file Case Management Statement per attached Standing Order*

5  *regarding Contents of Joint Case Management Statement*:  Ninety days after (a) filing of a

6  notification to the Court that the Consent Decree as lodged should not be entered, or (b)

7  notification by the Court to the Parties that it will not enter the Consent Decree, whichever

8  occurs first.

9      c.    *Initial Case Management Conference*: To be set by the Court, following  (a) filing

10  of a notification to the Court that the Consent Decree as lodged should not be entered, or

11  (b) notification by the Court to the Parties that it will not enter the Consent Decree,

12  whichever occurs first, for a date at least one week after the filing of the Case Management

13  Statement.

14      6.    Evergreen's response to the Complaint shall be filed no later than thirty (30) days

15  after (a) filing of a notification to the Court that the Consent Decree as lodged should not be

16  entered, or (b) notification by the Court to the Parties that it will not enter the Consent Decree,

17  whichever occurs first.

18      7.    Should the Consent Decree be approved by and entered as the judgment of the

19  Court, the foregoing deadlines shall be vacated.

20      8.    There have been no previous modifications to or extensions of dates set forth in any

21  order of this Court.

22  SO STIPULATED.

23  Dated: October 17, 2007        ALLEN MATKINS LECK GAMBLE
                                            MALLORY & NATSIS LLP
24                                         DAVID D. COOKE

26                                    By:     /s/ David D. Cooke
                                          DAVID D. COOKE
27                                         Attorneys for Defendant
                                        Evergreen Pulp, Inc.
28

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

724069.01/SF

-3-

Case No.  C 07 5067 SBA
STIP. & [PROPOSED] ORDER EXTENDING
CERTAIN PRETRIAL DATES

| | | |
|---|---|---|
| 1 | Dated: October 17, 2007 | RONALD J. TENPAS |
| 2 | | Acting Assistant Attorney General |
| 3 | | Environment & Natural Resources Division |
| | | United States Department of Justice |

Dated: October 17, 2007

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

By:    /s/ Ann C. Hurley
    ANN C. HURLEY
    Attorneys for Plaintiff
    United States of America

Dated: October 17, 2007

OFFICE OF THE CALIFORNIA ATTORNEY GENERAL
EDWIN G. BROWN, JR.
Attorney General of the State of California

MARY HACKENBRACHT
Assistant Attorney General

By:    /s/ Anita E. Ruud
    ANITA E. RUUD
    Attorneys for Plaintiff
    California Air Resources Board

Dated: October 17, 2007

LAW OFFICES OF NANCY DIAMOND
NANCY DIAMOND

By:    /s/ Nancy Diamond
    NANCY DIAMOND
    Attorneys for Plaintiff
    North Coast Unified Air Quality
    Management District

Attestation Regarding Signature: This document is being filed electronically under my User ID and Password. Pursuant to General Order 45, Section X.B, I hereby attest that concurrence in this filing of this document has been obtained from each of the other signatories to this document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 17, 2007 in San Francisco, California.

/s/ David D. Cooke
David D. Cooke

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

724069.01/SF

-4-

Case No.  C 07 5067 SBA
STIP. & [PROPOSED] ORDER EXTENDING
CERTAIN PRETRIAL DATES

**[PROPOSED] ORDER**

Pursuant to stipulation, and for good cause shown, the Order Setting Initial Case Management Conference and ADR Deadlines, is hereby amended to provide as follows:

1. Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, discovery plan, file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference:  Eighty (80) days after (a) filing of a notification to the Court that the Consent Decree as lodged should not be entered, or (b) notification by the Court to the Parties that it will not enter the Consent Decree, whichever occurs first.

2. Last day to file Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report, and file Case Management Statement per attached Standing Order regarding Contents of Joint Case Management Statement:  Ninety (90) days after (a) filing of a notification to the Court that the Consent Decree as lodged should not be entered, or (b) notification by the Court to the Parties that it will not enter the Consent Decree, whichever occurs first.

3. Initial Case Management Conference:  To be set by the Court, following the (a) filing of a notification to the Court that the Consent Decree as lodged should not be entered, or (b) notification by the Court to the Parties that it will not enter the Consent Decree, whichever occurs first, for a date at least one week after the filing of the Case Management Statement.

4. Evergreen's response to the Complaint shall be filed no later than thirty (30) days after (a) filing of a notification to the Court that the Consent Decree as lodged should not be entered, or (b) notification by the Court to the Parties that it will not enter the Consent Decree, whichever occurs first.

5. Should the Consent Decree be approved by and entered as the judgment of the Court, the foregoing deadlines shall be vacated.

SO ORDERED.

Dated: _____, 2007    _____
Honorable Saundra B. Armstrong
United States District Judge

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

724069.01/SF

Case No. C 07 5067 SBA
STIP. & [PROPOSED] ORDER EXTENDING
CERTAIN PRETRIAL DATES
-5-