1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  Environment and Natural Resources Division
   U.S. Department of Justice
3
   ELLEN MAHAN
4  Deputy Chief
   Environmental Enforcement Section
5  ANN C. HURLEY, DC Bar No. 375676
   Trial Attorney
6  Environmental Enforcement Section
   U.S. Department of Justice
7  301 Howard Street, Suite 1050
   San Francisco, CA  94105
8  Tel: (415) 744-6480
   Fax: (415) 744-6476
9  E-mail: ann.hurley@usdoj.gov

10 Attorneys for Plaintiff United States of America

11 (Additional Attorneys on Next Page)

12

13

14               UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
15

16

17 UNITED STATES OF AMERICA, the      )
   PEOPLE OF THE STATE OF             )
   CALIFORNIA, ex rel. CALIFORNIA     )
18 AIR RESOURCES BOARD, and NORTH     )
   COAST UNIFIED AIR QUALITY          )
19 MANAGEMENT DISTRICT,               )
                                      )
20                                    )     CIV. NO. C 07-05067 SBA
              Plaintiffs,             )
21                                    )     CERTIFICATE OF SERVICE
         v.                           )
22                                    )
   EVERGREEN PULP, INC.,              )
23                                    )
              Defendant               )
24 _____)

25

26

27

28

1  EDWIN G. BROWN JR.
   Attorney General of the State of California
2  MARY HACKENBRACHT, Assistant Attorney General
3  JOHN DAVIDSON, Supervising Attorney General
   ANITA E. RUUD, Deputy Attorney General CA Bar No. 072483
4  Office of the California Attorney General
   455 Golden Gate Avenue, Suite 11000
5  San Francisco, CA 94102
   Tel: (415) 703-5533
6  Fax: (415) 703-5480
   E-mail: Anita.Ruud@doj.ca.gov
7
   Attorneys for Plaintiff California Air Resources Board
8

9  NANCY DIAMOND CA Bar No. 130963
   Law Offices of Nancy Diamond
10 822 G Street, Suite 3
   Arcata, CA 95521
11 Tel: (707) 826-8540
   Fax: (707) 826-8541
12 E-mail: ndiamond@humboldt1.com

13 Attorney for Plaintiff North Coast Unified Air Quality Management District

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Victoria Reeder, hereby certify and declare that:

1. I am over the age of 18 years and am not a party to this action.

2. I am employed by the U.S. Department of Justice and currently working at 301 Howard Street, Suite 1050, San Francisco, California 94105.

3. I am familiar with the office practices of the U.S. Department of Justice at the above location, including its mail processing practices.

4. I know that outgoing mail is deposited for collection with the United States Postal Service on the day of mailing and that overnight mail is collected from the above office location on the day of mailing.

5. Following the above-described practices, on October 29th, 2007, I caused a true copy of the foregoing listed notices to be served upon the person listed on the attached service list in the manner indicated.

CLERK'S NOTICE - Case Management Conference Set

E-Notice - Set/Reset Hearings: re Case Management Conference

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 29th, 2007, in San Francisco, California.

*[signature]*
Victoria Reeder

## SERVICE LIST:

<u>Sent via U.S. Postal Service:</u>

Anita E. Ruud, Esq.
Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102