BILL LOCKYER, Attorney General
  of the State of California
MARY HACKENBRACHT,
  Senior Assistant Attorney General
JOHN DAVIDSON,
  Supervising Deputy Attorney General
ANITA E. RUUD, (State Bar No. 072483)
  Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664
Telephone: (415) 703-5533
Facsimile: (415) 703-5480

Attorneys for Plaintiff State of California, et al.

# UNITED STATE DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, the PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* CALIFORNIA AIR RESOURCES BOARD, and NORTH COAST UNIFIED AIR QUALITY MANAGEMENT DISTRICT,<br><br>    Plaintiffs,<br><br>  v.<br><br>EVERGREEN PULP, INC.,<br><br>    Defendant. | Case No. C 07 5067 SBA<br><br>**NOTICE OF APPEARANCE** |

    The State of California, *ex rel.* California Air Resources Board, hereby notifies the Court that Anita E. Ruud, Deputy Attorney General, Office of the Attorney General of the State of California, is appearing as the counsel of record for the above-named State party.

    Dated: November 1, 2007

                                BILL LOCKYER, Attorney General
                                    of the State of California
                                MARY HACKENBRACHT,
                                  Senior Assistant Attorney General

                              By:   /s/ **ANITA E. RUUD**
                                ANITA E. RUUD
                                Deputy Attorney General
                                Attorneys for Plaintiff, State of California

1