1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  Environment and Natural Resources Division
   U.S. Department of Justice
3
   ELLEN MAHAN
4  Deputy Chief
   Environmental Enforcement Section
5  ANN C. HURLEY, DC Bar No. 375676
   Trial Attorney
6  Environmental Enforcement Section
   U.S. Department of Justice
7  301 Howard Street, Suite 1050
   San Francisco, CA  94105
8  Tel: (415) 744-6480
   Fax: (415) 744-6476
9  E-mail: ann.hurley@usdoj.gov

10 Attorneys for Plaintiff United States of America

11 (Additional Attorneys on Next Page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, the PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* CALIFORNIA AIR RESOURCES BOARD, and NORTH COAST UNIFIED AIR QUALITY MANAGEMENT DISTRICT,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>EVERGREEN PULP, INC.,<br><br>　　　　　　　Defendant. | No. C 07-05067 SBA<br><br>PLAINTIFFS' REQUEST TO ENTER CONSENT DECREE |

EDWIN G. BROWN JR.
Attorney General of the State of California
MARY HACKENBRACHT, Assistant Attorney General
JOHN DAVIDSON, Supervising Attorney General
ANITA E. RUUD, Deputy Attorney General CA Bar No. 072483
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Tel: (415) 703-5533
Fax: (415) 703-5480
E-mail: Anita.Ruud@doj.ca.gov

Attorneys for Plaintiff California Air Resources Board

NANCY DIAMOND CA Bar No. 130963
Law Offices of Nancy Diamond
822 G Street, Suite 3
Arcata, CA  95521
Tel: (707) 826-8540
Fax: (707) 826-8541
E-mail: ndiamond@humboldt1.com

Attorney for Plaintiff North Coast Unified Air Quality Management District

1     The United States of America, on behalf of the United States Environmental Protection

2 Agency ("EPA"), the California Air Resources Board ("ARB") and the North Coast Unified Air

3 Quality Management District ("North Coast" or "District") (collectively, the "Plaintiffs")

4 respectfully request that the Court enter the Consent Decree lodged on October 2, 2007.  The

5 Consent Decree resolves claims in the Complaint in this action filed pursuant to Section 113 of

6 the Clean Air Act (the "CAA"), 42 U.S.C. § 7413, California Health and Safety Code § 42403,

7 and North Coast Unified Air Quality Management District Rule 105 alleging that Defendant

8 Evergreen Pulp, Inc. violated the CAA, California state law and District regulations at its kraft

9 pulp mill in Samoa, Humboldt County, California.

10     Notice of the lodging of the Consent Decree was published in the *Federal Register* on

11 October 12, 2007, announcing a 30-day public comment period.  72 Fed. Reg. 58125 (October

12 12, 2007).  The Plaintiffs received two sets of comments.

13     Plaintiffs have carefully considered the comments received on the Consent Decree.  None

14 of the comments raised issues that would cause the Plaintiffs to withdraw their consent to the

15 Consent Decree.  Plaintiffs continue to regard the Consent Decree as fair, reasonable, and in the

16 public interest.  Pursuant to Paragraph 72 of the proposed Consent Decree, Defendant Evergreen

17 Pulp, Inc. consented to entry of the Consent Decree without further notice.  Therefore, for the

18 reasons set forth herein and in the accompanying memorandum, Plaintiffs respectfully request

19 that this Court approve, sign, and enter the Consent Decree.

21                             Respectfully submitted,

23                             For the United States of America:

25                               /s/ Ann C. Hurley
                             ANN C. HURLEY
26                             Trial Attorney
                             Environmental Enforcement Section
27                             United States Department of Justice

28

OF COUNSEL:

Kara Christenson
Senior Counsel
U.S. Environmental Protection Agency, Region 9
75 Hawthorne Street
San Francisco, CA 94105

For Plaintiff California Air Resources Board

    /s/ Anita E. Ruud
ANITA E. RUUD
Deputy Attorney General
California Office of the Attorney General

For Plaintiff North Coast Unified Air Quality Management District

    /s/   Nancy Diamond
NANCY DIAMOND
Law Offices of Nancy Diamond

Attestation Regarding Signature: This document is being filed electronically under my User ID and Password. Pursuant to General Order 45, Section X.B, I hereby attest that concurrence in this filing of this document has been obtained from each of the other signatories to this document.

    /s/ Ann C. Hurley
Ann C. Hurley