1  DAVID D. COOKE (BAR NO. 94939)
   ALLEN MATKINS LECK GAMBLE
2    MALLORY & NATSIS LLP
   Three Embarcadero Center, 12th Floor
3  San Francisco, CA  94111-4074
   Phone:  (415) 837-1515
4  Fax:  (415) 837-1516
   E-Mail:  dcooke@allenmatkins.com
5
   Attorneys for Defendant
6  Evergreen Pulp, Inc.

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, the              | Case No. C 07 05067 SBA
   | PEOPLE OF THE STATE OF CALIFORNIA,         |
12 | *ex rel.* CALIFORNIA AIR RESOURCES         | STIPULATION AND [PROPOSED] ORDER
   | BOARD, and NORTH COAST UNIFIED AIR         | MODIFYING CERTAIN PRETRIAL DATES
13 | QUALITY MANAGEMENT DISTRICT,               |

14              Plaintiffs,

15       vs.

16 EVERGREEN PULP, INC.,

17              Defendant.

18

19       Plaintiffs United States of America, the People of the State of California *ex rel.* California

20 Air Resources Board, and the North Coast Unified Air Quality Management District (collectively

21 "Plaintiffs"), and Defendant Evergreen Pulp, Inc. ("Evergreen"), hereby agree and stipulate as

22 follows:

23       1.      On October 2, 2007, Plaintiffs filed a Complaint against Evergreen pursuant to

24 Section 113 of the Clean Air Act, 42 U.S.C. § 7413, California Health & Safety Code § 42403,

25 and North Coast Unified Air Quality Management District Rule 105.  On the same date, Plaintiffs

26 lodged a Consent Decree that, if approved and entered as the judgment of the Court in this case,

27 would resolve the claims alleged in the Complaint.

28

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

Case No.  C 07 05067 SBA
STIP. & [PROPOSED] ORDER MODIFYING
CERTAIN PRETRIAL DATES

2.   On October 2, 2007, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines ("Scheduling Order"), establishing the following deadlines:

- December 20, 2007: Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, discovery plan, file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

- January 3, 2008: Last day to file Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report, and file Case Management Statement per attached Standing Order regarding Contents of Joint Case Management Statement.

- January 10, 2008 at 3:00 p.m.: Initial Case Management Conference.

The Order Setting Initial Case Management Conference and ADR Deadlines provides that "[i]f the Initial Case Management Conference is continued, the other deadlines are continued accordingly."

3.   On October 12, 2007, notice of the lodging of the Consent Decree and the opening of a 30-day public comment period was published in the *Federal Register*, 72 Fed. Reg. 58125 (October 12, 2007).

4.   On October 17, 2007, in light of the lodging of a Consent Decree that, if approved, would resolve all of the claims asserted in this action and obviate the need for continued litigation, the Parties filed a Stipulation and [Proposed] Order Extending Certain Pretrial Dates, including the dates set forth in the Scheduling Order. The Court did not approve this proposed order.

5.   On October 26, 2007, the Court issued a Clerk's Notice rescheduling the Case Management Conference to 4:00 p.m. on January 10, 2008. The Clerk's Notice requires the Parties to "file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court." In accordance with the Clerk's Notice, the Joint Case Management Conference Statement is due no later than December 31, 2007.

6. On December 13, 2007, after evaluating and responding to the comments received during the comment period, Plaintiffs filed a Request to Enter Consent Decree and Memorandum in Support of Request to Enter Consent Decree.

7. In light of the filing of the Request to Enter the Consent Decree, which Request, if approved, would result in the entry of final judgment resolving all of the claims asserted in this action, and in order to avoid incurring unnecessary expense in this action while the Court considers that Request, the Parties stipulate to, and request that the Court adopt, an order that provides as follows:

    (a) The deadlines described in paragraph 2, above, should be vacated.

    (b) The Case Management Conference, scheduled for January 10, 2008, should be continued to a future date to be established only in the event that the Court denies the Request to Enter Consent Decree.

    (c) At such continued Case Management Conference, if it occurs, new deadlines for the requirements described in paragraph 2 should be set.

    (d) Evergreen's response to the Complaint shall be filed no later than thirty (30) days after filing and service of an order denying the Request to Enter Consent Decree.

8. Except as set forth above, there have been no other modifications to or extensions of dates set forth in any order of this Court.

SO STIPULATED.

Dated: December 14, 2007

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
DAVID D. COOKE

By:     /s/ David D. Cooke
DAVID D. COOKE
Attorneys for Defendant
Evergreen Pulp, Inc.

| | | |
|---|---|---|
| 1 | Dated:  December 14, 2007 | RONALD J. TENPAS |
| 2 | | Acting Assistant Attorney General |
| 3 | | Environment & Natural Resources Division |
| | | United States Department of Justice |

By:      /s/ Ann C. Hurley
    ANN C. HURLEY
    Attorneys for Plaintiff
    United States of America

Dated:  December 17, 2007

OFFICE OF THE CALIFORNIA ATTORNEY GENERAL
EDWIN G. BROWN, JR.
Attorney General of the State of California

MARY HACKENBRACHT
Assistant Attorney General

By:      /s/ Anita E. Ruud
    ANITA E. RUUD
    Attorneys for Plaintiff
    California Air Resources Board

Dated:  December 14, 2007

LAW OFFICES OF NANCY DIAMOND
NANCY DIAMOND

By:      /s/ Nancy Diamond
    NANCY DIAMOND
    Attorneys for Plaintiff
    North Coast Unified Air Quality
    Management District

Attestation Regarding Signature: This document is being filed electronically under my User ID and Password.  Pursuant to General Order 45, Section X.B, I hereby attest that concurrence in this filing of this document has been obtained from each of the other signatories to this document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed December 17, 2007 in San Francisco, California.

/s/ David D. Cooke
David D. Cooke

# [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, the Court orders as follows:

1. The following deadlines, set forth in the October 2, 2007, Order Setting Initial Case Management Conference and ADR Deadlines ("Scheduling Order"), are hereby vacated:

- December 20, 2007: Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, discovery plan, file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

- January 3, 2008: Last day to file Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report, and file Case Management Statement per attached Standing Order regarding Contents of Joint Case Management Statement.

2. The Case Management Conference scheduled for January 10, 2008, shall be continued to a future date, to be selected by the Court, in the event the Court denies the pending Request to Enter Consent Decree, filed by Plaintiffs on December 13, 2007. New deadlines for completion of the parties' obligations identified in the Scheduling Order shall be adopted at such continued Case Management Conference, if it occurs.

3. Evergreen's response to the Complaint shall be filed no later than thirty (30) days after notification by the Court to the Parties that it will not enter the Consent Decree.

SO ORDERED.

Dated: _____                    _____
                                                    Honorable Saundra B. Armstrong
                                                    United States District Judge

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

Case No. C 07 05067 SBA
STIP. & [PROPOSED] ORDER MODIFYING
CERTAIN PRETRIAL DATES
-5-