RONALD J. TENPAS
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL RESOURCES DIVISION
U.S. DEPARTMENT OF JUSTICE

ELLEN MAHAN
DEPUTY CHIEF
ENVIRONMENTAL ENFORCEMENT SECTION
ANN C. HURLEY, DC BAR NO. 375676
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
301 Howard Street, Suite 1050
San Francisco, CA  94105
Tel: (415) 744-6480
Fax: (415) 744-6476
E-mail: ann.hurley@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, the PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* CALIFORNIA AIR RESOURCES BOARD, and NORTH COAST UNIFIED AIR QUALITY MANAGEMENT DISTRICT,<br><br>    Plaintiffs,<br><br>  vs.<br><br>EVERGREEN PULP, INC.,<br><br>    Defendant. | Case No. C 07 05067 SBA<br><br>JOINT CASE MANAGEMENT STATEMENT<br><br>Date:  January 10, 2008<br>Time:  4:00 p.m.<br>Ctrm:  Telephonic:<br>Judge:  Hon. Saundra B. Armstrong |

1  EDWIN G. BROWN, JR.
   ATTORNEY GENERAL OF THE STATE OF CALIFORNIA
2  MARY HACKENBRACHT, ASSISTANT ATTORNEY GENERAL
   JOHN DAVIDSON, SUPERVISING ATTORNEY GENERAL
3  ANITA E. RUUD, DEPUTY ATTORNEY GENERAL (CA BAR NO. 072483)
   OFFICE OF THE CALIFORNIA ATTORNEY GENERAL
4  455 Golden Gate Ave., Suite 11000
   San Francisco, CA  94102
5  Tel: (415) 703-5533
   Fax: (415) 703-5480
6  E-mail: Anita.Ruud@doj.ca.gov

7  Attorneys for Plaintiff
   California Air Resources Board
8
   NANCY DIAMOND (CAL. BAR NO. 130963)
9  LAW OFFICES OF NANCY DIAMOND
   822 G Street, Suite 3
10 Arcata, CA  95521
   Tel: (707) 826-8540
11 Fax: (707) 826-8541
   E-mail: ndiamond@humboldt1.com
12
   Attorneys for Plaintiff
13 North Coast Unified Air Quality Management District

14 DAVID D. COOKE (BAR NO. 94939)
   ALLEN MATKINS LECK GAMBLE
15   MALLORY & NATSIS LLP
   Three Embarcadero Center, 12th Floor
16 San Francisco, CA  94111-4074
   Phone:  (415) 837-1515
17 Fax:  (415) 837-1516
   E-Mail:  dcooke@allenmatkins.com
18
   Attorneys for Defendant
19 Evergreen Pulp, Inc.

20
21
22
23
24
25
26
27
28

Plaintiffs United States of America, the People of the State of California *ex rel.* California Air Resources Board, and the North Coast Unified Air Quality Management District (collectively "Plaintiffs"), and Defendant Evergreen Pulp, Inc. ("Evergreen"), hereby present this Joint Case Management Statement. Because the parties have agreed to settle the claims alleged in the Complaint through a Consent Decree that is the subject of a pending request for approval, this Joint Case Management Statement is relatively brief.

## DESCRIPTION OF THE CASE

1. <u>A Brief Description of the Events Underlying the Action</u>. Evergreen owns and, since early 2005, has operated the pulp mill located on the Samoa peninsula near Eureka, California. At the mill, Evergreen utilizes chemical processes to convert wood chips into pulp, which is used to make paper and paperboard products. Evergreen's operations are subject to regulation under federal, state and local statutes and rules regarding emissions to the atmosphere.

On October 2, 2007, Plaintiffs filed the Complaint herein against Evergreen pursuant to Section 113 of the Clean Air Act, 42 U.S.C. § 7413, California Health & Safety Code § 42403, and North Coast Unified Air Quality Management District Rule 105. The Complaint alleges violations of certain federal, state and local rules and regulations regarding emissions to the atmosphere, principally with respect to emissions from two pieces of process equipment at the mill, namely the smelt dissolver and the lime kiln. On the same date, Plaintiffs lodged a Consent Decree that, if approved and entered as the judgment of the Court in this case, would resolve the claims alleged in the Complaint. The Consent Decree contained an acknowledgement that Evergreen denies any liability to the Plaintiffs arising out of the transactions or occurrences alleged in the Complaint.

On December 13, 2007, after receiving and responding to public comment on the proposed Consent Decree, the Plaintiffs filed a Request to Enter Consent Decree. Evergreen has not opposed that request, which is pending as of the date of this Statement.

2. <u>The principal factual issues which the parties dispute</u>: The Parties' agreement to the Consent Decree, subject to the Court's approval thereof, obviates the necessity of resolving disputed factual issues.

1      3.    <u>The principal legal issues which the parties dispute</u>: The Parties' agreement to the Consent Decree, subject to the Court's approval thereof, obviates the necessity of resolving disputed legal issues.

    4.    <u>The other factual issues *[e.g., service of process, personal jurisdiction, subject matter jurisdiction, or venue]* which remain unresolved for the reasons stated below and how the parties propose to resolve those issues</u>:  None/not applicable.

    5.    <u>The parties which have not been served and the reasons</u>:  None/not applicable.

    6.    <u>The additional parties which the below-specified parties intend to join and the intended time frame for such joinder</u>:  None/not applicable.

    7.    <u>The following parties consent to assignment of this case to a United States Magistrate Judge for *[court or jury]* trial</u>:  None.

ALTERNATIVE DISPUTE RESOLUTION

    8.    The parties have not filed a Stipulation and Proposed Order Selecting an ADR process. In light of the settlement of this action through the proposed Consent Decree, the Parties do not request additional ADR proceedings or assistance at this time.

    9.    <u>Please indicate any other information regarding ADR process or deadline</u>: Not applicable.

DISCLOSURES

    10.    <u>The parties certify that they have made the following disclosures *[list disclosures of persons, documents, damage computations and insurance agreements]*</u>:  In light of the settlement of this action through the proposed Consent Decree, the Parties have refrained to date from making Initial Disclosures pursuant to FRCP 26(a).

DISCOVERY

    11.    <u>The parties agree to the following discovery plan *[Describe the plan e.g., any limitation on the number, duration or subject matter for various kinds of discovery; discovery from experts; deadlines for completing discovery]*</u>:  In light of the resolution of this action through the proposed Consent Decree, the Parties do not intend to conduct discovery.

TRIAL SCHEDULE

12. <u>The parties request a trial date as follows</u>:  In light of the resolution of this action through the proposed Consent Decree, the Parties do not request a trial date.

13. <u>The parties expect that the trial will last for the following number of days</u>:  Not applicable.

Dated:  January 3, 2008

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID D. COOKE


By:      /s/ David D. Cooke
  DAVID D. COOKE
  Attorneys for Defendant
  Evergreen Pulp, Inc.

Dated:  January 3, 2008

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice


By:      /s/ Ann C. Hurley
  ANN C. HURLEY
  Attorneys for Plaintiff
  United States of America

Dated:  January 3, 2008

OFFICE OF THE CALIFORNIA ATTORNEY GENERAL
EDWIN G. BROWN, JR.
Attorney General of the State of California

MARY HACKENBRACHT
Assistant Attorney General


By:      /s/ Anita E. Ruud
  ANITA E. RUUD
  Attorneys for Plaintiff
  California Air Resources Board

| | | |
|---|---|---|
|1| Dated: January 3, 2008 | LAW OFFICES OF NANCY DIAMOND<br>NANCY DIAMOND |
|2| | |
|3| | By: _____/s/ Nancy Diamond_____ |
|4| | NANCY DIAMOND<br>Attorneys for Plaintiff |
|5| | North Coast Unified Air Quality<br>Management District |

6  Attestation Regarding Signature: This document is being filed electronically under my

7 User ID and Password. Pursuant to General Order 45, Section X.B, I hereby attest that

8 concurrence in this filing of this document has been obtained from each of the other signatories to

9 this document.

10  I declare under penalty of perjury under the laws of the United States that the foregoing is

11 true and correct. Executed January 3, 2008 in San Francisco, California.

13  /s/ David D. Cooke
    David D. Cooke

**CASE MANAGEMENT ORDER**

[*To be supplied as appropriate.*]

Dated: _____

_____
Honorable Saundra B. Armstrong
United States District Judge